UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAPTER 13 PLAN

Debtor(s) James Lee Holzhauer                Case No: 8:12-bk-5960

[X] Amended (if applicable)] Chapter 13 Plan

**1. MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor1 to pay to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

A. $1,043.00 for months ___1___ to __8___ ;
B. $385.00    for months ___9___ to __60__ ;
C. $_____ for months _____ to _____ ;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $5,300.00\* TOTAL PAID $3,500.00**
**\*included Mediation Fee of $1,800.00**

**Balance Due $1,800.00 Payable Through Plan $0.00 Monthly**

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**          **Total Claim**

**TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

**Pre-Confirmation Adequate Protection Payments:** No later than 30 days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, the Debtor shall make the following adequate protection payments to creditors pursuant to §1326(a)(1)(C). If the Debtor makes such adequate protection payments on allowed

1 All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| **Name of Creditor**     **Collateral** | **Adequate Protection Pmt. in Plan** |
|---|---|
| Chase - Homestead: - 5300 Homer Street, Clearwater FL | $200.00<br>* to be avoided in the plan* |
| GreenTree Lending - Non-Homestead: 14852 62nd Street N | $420.43<br>*to be paid outside the plan* |
| Capitol One Bank – Recreational Vehicle | $54.30<br>* to be paid outside the plan* |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:
**Name of Creditor Collateral Estimated Payment**

_____

_____

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:
**Name of Creditor Collateral Arrearages**

_____

_____

**(C) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:
**Name of Creditor     Collateral                                              Payment Amt (at 31%)**

**(D) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.
**Creditor Collateral Ad. Prot. Pmt. Sec. Balance Interest @_____%**

_____
_____
_____
_____

**(E) Claims Secured by Personal Property to Which Section 506 Valuation is Applicable:**
**Creditor Collateral Ad. Prot Pmt. in Plan Value Interest @ _____%**

_____
_____
_____
_____

**(F) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**
**Name of Creditor Collateral Ad. Prot. Pmt. in Plan Arrearages**

_____
_____
_____

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

**Name of Creditor     Property/Collateral**
GMAC – Homestead: - 5300 Homer Street, Clearwater FL (Mortgage Modified as of 2/1/13)

GreenTree Lending - Non-Homestead: 14852 62nd Street N

Capitol One Bank – Recreational Vehicle

**(H) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.
**Name of Creditor      Property/Collateral to be Surrendered**

**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Chase - Homestead: - 5300 Homer Street, Clearwater FL | | $33,000.00 |

**LEASES/EXECUTORY CONTRACTS:**

**Name of Creditor Property Assume/Reject-Surrender Estimated Arrears**

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $18,914.00.

**ADDITIONAL PROVISIONS:**
1. Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;
2. Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.
3. Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.
4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.
5. Case Specific Provisions: _____
_____
_____


/s/ James Lee Holzhauer          1/18/2013
Debtor                            Dated

## CERTIFICATE OF SERVICE

      I HEREBY certify that a true and exact copy of the foregoing was mailed via United States Mail, to the United States Trustee, 801 North Florida Avenue, Tampa, Florida, 33602; Chapter 13 Trustee, Terry E. Smith, PO Box 6099, Sun City Center, FL 33571 and all parties listed on the attached creditor matrix on this 18th day of January, 2013.

                                      /s/ Jesse D. Berkowitz
                                      Jesse D. Berkowitz, Esq.
                                      6560 First Avenue North
                                      St. Petersburg, FL  33710
                                      (727) 344-0123
                                      FLA BAR # 0546151
                                      Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:12-bk-05960-MGW<br>Middle District of Florida<br>Tampa<br>Fri Jan 18 11:08:36 EST 2013 | Azurea I, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| GMAC Mortgage, LLC<br>Elizabeth R. Wellborn, P.A.<br>c/o Taji S. Foreman<br>350 Jim Moran Blvd., Suite 100<br>Deerfield Beach, FL 33442-1721 | JPMorgan Chase Bank NA...<br>Law Offices of Marshall Watson, PA<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 | Pinellas County Tax Collector (AB)<br>PO Box 4006<br>Seminole, FL 33775-4006 |
| United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 | AT&T<br>POB 105024<br>Atlanta, GA 30384-0001 | Advanta<br>POB 5657<br>Hicksville, NY 11802-5657 |
| Bank of America<br>POB 15026<br>Wilmington, DE 19850-5026 | Baycare Homecare<br>POB 403825<br>Atlanta, GA 30384-3825 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Capitol One Bank<br>POB 71083<br>Charlotte, NC 28272-1083 | Chase<br>POB 15153<br>Wilmington, DE 19886-5153 |
| Chase<br>POB 24714<br>Columbus, OH 43224-0714 | Coastline ER<br>POB 41694<br>Philadelphia, PA 19101-1694 | Countryside Neurology<br>POB 2842<br>Tampa, FL 33601-2842 |
| Creditors Interchange<br>80 Holtz Drive<br>Buffalo, NY 14225-1470 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Discover Card<br>POB 71084<br>Charlotte, NC 28272-1084 |
| Experts in Plumbing<br>5300 Homer Street<br>Clearwater, FL 33760-3433 | FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | GMAC<br>POB 4622<br>Waterloo, IA 50704-4622 |
| GMAC Mortgage, LLC- Attn: Bankruptcy Departm<br>1100 Virginia Drive<br>Ft. Washington, PA 19034-3204 | Green Tree Lending<br>POB 6172<br>Rapid City, SD 57709-6172 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Green Tree Servicing, LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>Telephone number: 888-298-7785 | I.C. Systems<br>444 Highway 96E<br>Saint Paul, MN 55127-2557 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Main Street Acquisition Corp., assignee of CHASE BANK USA, N. A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Main Street Acquisition Corp., assignee of DISCOVER BANK c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Marcadis & Assoc. 5104 S. Westshore Blvd. Tampa, FL 33611-5650 |
| Mease Countryside Hospital Processing Cntr POB 404771 Atlanta, GA 30384-4771 | Mease Countryside Hospital c/o Joseph Giambalvo, Esquire 1012 Drew Street Clearwater, FL 33755-4521 | Merrick Bank Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 |
| NCO Financial Systems 507 Prudential Road Horsham, PA 19044-2368 | Pinellas County Tax Collector PO Box 4006 Seminole, FL 33775-4006 | Pinellas Internal Medicine 2595 Tampa Rd., Ste. D Palm Harbor, FL 34684-3130 |
| Radiology Assoc. of CLW POB 917368 Orlando, FL 32891-0001 | Sunstar Ambulance 12490 Ulmerton Road Largo, FL 33774-2700 | West Coast Inf. Disease 1840 Mease Dr. Ste. 319 Safety Harbor, FL 34695-6605 |
| Yellowbook C/O Marcadis Singer, PA 5104 South Westshore Blvd Tampa, FL 33611-5650 | Zwicker & Assoc., P.C. 80 Minuteman Rd. Andover, MA 01810-1008 | James Lee Holzhauer 5300 Homer Street Clearwater, FL 33760-3433 |
| Jesse D. Berkowitz Berkowitz Law Group 6560 1st Avenue, North Saint Petersburg, FL 33710-8404 | Terry E Smith PO Box 6099 Sun City Center, FL 33571-6099 | Traci K. Stevenson P O Box 86690 Madeira Beach, FL 33738-6690 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154
Telephone number: 888-298-7785

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Azurea I, LLC c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121-3132 | (u)JPMorgan Chase Bank NA Attn: Correspondence Mail 700 Kansas Lane | End of Label Matrix Mailable recipients   47 Bypassed recipients    2 Total                 49 |